1  Todd R. Miller (SBN 193688)
2  trmiller@millerip.com
   MILLER IP
3  1122 E. Green Street
   Pasadena, CA  91106
4  Telephone:   (626) 795-0500
   Facsimile:    (626) 795-0615
5

6  Frank M. Washko (SBN 252010)
7  fwashko@tiburonip.com
   TIBURON INTELLECTUAL PROPERTY PLLC
8  350 Townsend St., Suite 680
   San Francisco, CA 94107
9  Telephone:  (415) 545-8040

10  Attorneys for Lance Parker IP, LLC

11           UNITED STATES DISTRICT COURT

12         NORTHERN DISTRICT OF CALIFORNIA
13

14  Lance Parker IP, LLC,                Case No.  5:14-cv-1436
15  a Delaware company,
                                         **COMPLAINT FOR PATENT
16            Plaintiff,                  INFRINGEMENT**

17       v.

18  BlackBerry Limited,                  **DEMAND FOR JURY TRIAL**
    a Canadian corporation,
19
20            Defendant.

21

22

23

24

25

26

27

28

Plaintiff Lance Parker IP, LLC ("Parker IP") complains against BlackBerry Limited ("BlackBerry") as follows:

## **INTRODUCTION**

1.      According to a BlackBerry promotional video, for most, losing their smartphone is their "worst nightmare."

2.      Lance Parker ("Lance") invented a solution to this problem.  He recognized BlackBerry needed his solution, and he was right.  Indeed, a BlackBerry Vice President stated that Lance's iTag application "looks great and serves an important need in the market."  Apparently, BlackBerry was not alone here—the iTag application won second place "CTIA Emerging Technology Award" in 2010.

3.      In the hope of working with BlackBerry, Lance had three meetings with BlackBerry during which he disclosed, demonstrated, and presented the iTag application and its novel features.

4.      Unfortunately, when the subject of licensing was broached in a meeting with BlackBerry's Senior Vice President, Business Marketing & Alliances, this executive responded by stating that BlackBerry would just build the iTag application itself and abruptly ended the meeting.  He portended the future.

5.      Some four months after Lance's first meeting and a week before Lance launched the iTag application and won his award, BlackBerry leaked a new service, BlackBerry Shield.  BlackBerry Shield's features were identical to those of the disclosed iTag application.  BlackBerry even copied Lance's tagline.

6.      Before bringing his iTag application solution to BlackBerry, Lance filed for patent protection.  Despite Lance's patent issuing on July 23, 2013, BlackBerry continues to sell its BlackBerry Protect (the previously dubbed BlackBerry Shield), which infringes Lance's intellectual property.

7.      Parker IP brings this action to stop BlackBerry's illegal conduct and obtain compensation accordingly.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## THE PARTIES

8.      Parker IP is a Delaware company with its principal place of business in Los Angeles, California.

9.      BlackBerry is a Canadian corporation with its principal place of business at 2200 University Avenue East, Waterloo, Ontario, Canada N2K 0A7. BlackBerry has offices in Northern California, including at 2000 Bridge Parkway, Redwood City, CA 94065.

## JURISDICTION AND VENUE

10.      As this action is for patent infringement arising under the patent laws of the United States, Title 35, United States Code, this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

11.      BlackBerry is subject to personal jurisdiction in this Court because it has a place of business and offices in California and directly and through agents regularly does, solicits, and transacts business in the Northern District of California and elsewhere in California.  Moreover, BlackBerry has committed and continues to commit acts of infringement in the State of California and in this District. BlackBerry's illegal acts have caused and continue to cause injury to Lance, including within this District.

12.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391 and 1400.

## INTRADISTRICT ASSIGNMENT

13.      As this action is an Intellectual Property Action within the meaning of Civil Local Rule 3-2(c), the action is to be assigned on a district-wide basis.

## BACKGROUND FACTS

### Lance Parker and iTag, LLC

14.     Lance founded iTag, LLC after years of hard work and perseverance. His vision was to create a company that would improve people's lives and make the world a better place.  To achieve his vision, Lance focused on location-based services for cell phones and other mobile devices to help the millions of people who have lost their mobile device or had it stolen each year.  He invented a solution to this problem and, understanding the invention's import, Lance filed for patent protection on his novel iTag application.

15.     In addition to ideation, Lance worked in every other aspect of the business from marketing to fundraising.  He put in twelve to fourteen hours a day and did all that he could to finance the company himself.  At one point, iTag, LLC had thirteen employees, with Lance feeling personally responsible to make the company a success.  He constantly thought about how these employees had spouses, children, car payments, and rents to pay each month.

### Contact with BlackBerry

16.     Recognizing that BlackBerry needed his iTag application, Lance initiated contact with BlackBerry.  He was filled with the hope that iTag, LLC and BlackBerry would become partners wherein the iTag application would be deployed on a worldwide scale.  Lance joined the BlackBerry Alliance program.

### "Looks Great and Serves an Important Need"

17.     Lance then emailed Jeff McDowell about the iTag application and its competitive advantages.  Lance understood Mr. McDowell to have a title at one point in time of Senior Vice President, Business Marketing & Alliances and further understood Mr. McDowell to be responsible for the global growth of both BlackBerry Enterprise business activity and the Alliance relationships that build value on top of the BlackBerry Platform.

18.     Lance's email to Mr. McDowell was responded to by Tyler Lesser, then Vice President, Global Alliance and Developer Relations, as seen below (underlining added to "looks great and serves an important need in the market"):

Hi Lance,

I had a quick chat with Jeff about iTag and would be happy to help out.
The product looks great and serves an important need in the market.  Have you launched the application yet?  Have you taken a look at our Alliances partner program?  Feel free to connect offline and I'll help guide you down the path.

Thanks!
Tyler


**Tyler Lessard**
VP, Global Alliances and Developer Relations
Research In Motion - BlackBerry
Email: tlessard@rim.com
Phone: (519) 888-7465 x75191
Fax: (519) 884-8279

### **First Demonstration and Presentation to BlackBerry**

19.     On October 13, 2009, Lance had an online meeting with Mr. Lessard during which he disclosed, demonstrated, and presented the iTag application. Lance used a set of slides to present the problem the iTag application solves, highlight the features of the iTag application, explain why customers want iTag, and disclose the details of a partnership between BlackBerry and iTag, LLC.

20.     The slide showing the problem the iTag application solves is below:

**164,383 phones are lost, stolen or damaged every day!**

Asurion.com
2009

**25 million mobile devices are lost or stolen every year!**

By Herb Weisbaum
MSNBC.com 2007



21.     The first slide pertaining to the iTag application's features is below:

## Phone Recovery/Protection

- Phone location viewed on a map safely and securely over the web.

- "*Ring my phone*" *From iTag.com, you can make your phone ring for 10 minutes even if it is set to silent or vibrate.*

- If someone replaces the SIM card, the new number (number of the thief) is sent to the website.

- If you cannot recover your phone, just log in and you can erase **all** the personal, sensitive and proprietary information on your mobile device.

- Backup/Restore your phone and key lock the device

22.     The second slide pertaining to the iTag application's features is below:

### Social Networking

- Secure and permission based.

- Get alerted when your friends or family are near.

- *Send your location to anyone.*

- *Request an iTag users location.*

23.     At the end of the meeting, Mr. Lessard instructed Lance to work with Janice Malatches on original equipment manufacturer ("OEM") licensing opportunities.  At the time, Ms. Malatches was understood to have the title of Business Development Manager for BlackBerry.  Lance then followed up with both Ms. Malatches and Mr. McDowell.  Ms. Malatches requested more information over email and another demonstration to her was scheduled for October 28, 2009.  Another demonstration was scheduled for October 20, 2009, with Mr. McDowell.

### Second Demonstration and Presentation to BlackBerry

24.     On October 20, 2009, Lance had an online meeting with Mr. McDowell during which he discussed, demonstrated, and presented the iTag application, as he had done with Mr. Lessard.

25.     During the meeting, Lance also proposed to offer the iTag application to BlackBerry in an OEM license agreement.  Mr. McDowell responded by stating that BlackBerry will just build the application itself and then abruptly ended the meeting.

26.     Lance was in shock, disbelief, and speechless as Mr. McDowell responded.  When the meeting ended, he felt like he had walked to the parking lot only to find that his car had been stolen, then went home to find his house had been broken into and everything he had was stolen.

### Third Demonstration and Presentation to BlackBerry

27.     Not knowing what to do next, Lance kept his next scheduled meeting with Ms. Malatches.  On October 28, 2009, Lance had an online meeting with Ms. Malatches during which he discussed, demonstrated, and presented the iTag application, as he had done with Messrs. Lessard and McDowell.

### Lance's "Lost. And FOUND."

28.   iTag, LLC is rebranded with a new logo and tagline "Lost. And FOUND."   Ms. Malatches is exposed to the tagline by Lance's email signature in an email to her on January 28, 2010:



**Blackberry's "Lost and Found"**

29.   Some four months after Lance's first demonstration to BlackBerry about the iTag application, it was leaked that Blackberry would be providing a new service, BlackBerry Shield, to address an existing solution gap.

30.   One month later and about one week before one of the largest wireless conferences in the United States, specifications on the upcoming BlackBerry Shield emerged on bbleaks.com on March 19, 2010 as follows (underlining added to "'Lost & Found'"):

- **Remote Device Wipe** - in case of loss of the terminal, just log in to BB Shield to remove all data from the device and / or memory card.
- **"Lost & Found" Screen** - you can customize the sentence on the screen to display that the BlackBerry is lost and show any information about the content (i.e. "take me please").
- **The ability to remotely set the password on the BlackBerry**
- **A loud bell alarm** - useful option, even if you've lost your BlackBerry (at home) - once you've activated this option, your BB will 'behave' loud sounding an alarm, which will hopefully prompt a passerby (or yourself) to pick up your lost BlackBerry.
- **Tracking capability** - based on the GSM transmitters and / or GPS position that is constantly monitored in the BlackBerry unit, and there may be the possibility of seeing it on the map (like Google Maps) from the BB Shield dashboard.
- **Backup** - create wireless backup and restore, which can be set automatically exercise in the given time intervals

31.    Lance's tagline is not the only thing taken as the BlackBerry Shield features are nearly identical to the iTag application features pertinent to "Phone Recovery/Protection" disclosed to BlackBerry on at least three prior occasions.

### **Lance's Winning Product**

32.    Days later, iTag, LLC launched its iTag application at CTIA in Las Vegas.

33.    The iTag product won second place "CTIA Emerging Technology Award."

### **BlackBerry's BlackBerry Protect**

34.    On July 12, 2010, BlackBerry launched BlackBerry Protect with the same features of the previously leaked BlackBerry Shield, which in turn are the same features of the previously disclosed iTag application.  Below is a snapshot taken from an official BlackBerry website, blogs.blackberry.com, on July 12, 2010:

9

**What are the key features of BlackBerry Protect?**

BlackBerry Protect allows you the ability to wirelessly backup, restore and locate your BlackBerry® smartphone. In the event that your BlackBerry smartphone is misplaced, lost or stolen, BlackBerry Protect provides features like: remote device wipe, remote device lock, 'Lost and Found' screen, locate device on a map, remote activation of the BlackBerry smartphone loud ringer, and wireless device backup and restore.

35.     As seen above, BlackBerry refers to a "Lost and Found" screen as one of the key features.  Indeed, BlackBerry refers to a "Lost and Found" screen three times in its official announcement of the BlackBerry Protect.

36.     BlackBerry also generated a promotional video about the BlackBerry Protect in which BlackBerry mimicked yet again Lance's previous demonstrations and presentations, as seen in part below:

 

37.     Lance dissolved iTag, LLC in June 2011, and formed Parker IP in March 2014.

### Lance's Utility Patent

38.     On July 23, 2013, the United States Patent and Trademark Office issued U.S. Patent No. 8,494,560 ("'560 Patent") entitled "System, Method and Program Product for Location Based Services, Asset Management and Tracking."

10

This patent names Lansing Arthur Parker as the inventor.  A true and correct copy of the '560 Patent is attached as Exhibit 1.

39.     Parker IP is the owner of all right, title, and interest in and to the '560 Patent with the full and exclusive right to enforce this patent, including the right to recover for past infringement.

### BlackBerry's Infringing BlackBerry Protect

40.     BlackBerry has offered for sale, sold, used, or marketed in the United States, or imported into the United States, its BlackBerry Protect, which infringes Parker IP's intellectual property rights.

41.     According to BlackBerry's United States website, us.blackberry.com/devices/features/security/protect.html, in BlackBerry 10 devices, BlackBerry Protect is built into the operating system ("OS").  For smartphones running on BlackBerry 7 OS, BlackBerry 6 OS, and earlier versions of BlackBerry Device Software, BlackBerry Protect is a free application that can be downloaded onto a smartphone.  The website provides links to download the application.  The website also explains that BlackBerry Protect is "[y]our key to security" and "what's lost can be found," by "sign[ing] in to lock or locate your smartphone," as seen below:



42.    BlackBerry's United States website further provides links to sign in to the secure BlackBerry Protect website to receive login information from a user and authenticate the user using the received login information.

43.    BlackBerry's United States website also explains how a user may protect the information on their smartphone by "simply" logging in to the BlackBerry Protect website to lock their device or delete the information on their smartphone from the BlackBerry Protect website too.

44.    Similarly, BlackBerry's United States website illustrates how a user may log in to the BlackBerry Protect website to find their smartphone, lock and display a message on it, locate it and go get it, or force it to ring at full volume:



**Find your smartphone**

Maybe you've just misplaced your smartphone. Lock and display a message on your smartphone Home screen for whoever may find it. Then locate it on a map and go get it.[1] Or, if you think your smartphone is nearby, simply force it to ring at full volume.

○ Sign in to the BlackBerry Protect website

45.    BlackBerry's "Knowledge Base" website has an article entitled "How to use BlackBerry Protect to determine the location of a BlackBerry smartphone," Article ID: KB25064.  In it, BlackBerry explains that the BlackBerry smartphone sends its location only when it is requested through the BlackBerry Protect website or if the battery power level is low.

46.    This same "Knowledge Base" article also states that a BlackBerry user may share their BlackBerry Protect account credentials (BlackBerry ID) with others, so they too can view the location of the BlackBerry smartphone at any time through the BlackBerry Protect website.  In this regard, reference is made again to Lance's prior demonstrations and presentations to BlackBerry in which he revealed that one of the iTag application's features involves "Social Networking" wherein others may request an iTag user's location.  Reference is also made to all twenty eight claims of the '560 Patent including but not limited to claim 24 discussing a "social networking" system.

47.    BlackBerry does not have a license, authority, or permission to use any of the claimed subject matter of the '560 Patent.

## PATENT INFRINGEMENT CLAIM

48.    Parker IP incorporates and realleges paragraphs 1 through 47 of this Complaint.

49.    BlackBerry has directly infringed and continues to infringe directly one or more claims of the '560 Patent by using, selling, and/or offering to sell in the United States, and/or importing into the United States, BlackBerry Protect in violation of 35 U.S.C. § 271.

50.    BlackBerry indirectly infringes the '560 Patent by inducing the direct infringement by others.  For example, BlackBerry actively induces its customers to infringe directly one or more claims of the '560 Patent by enabling, instructing, and encouraging BlackBerry customers to use BlackBerry Protect.  As of at least the

filing of this Complaint, Blackberry has been aware of the '560 Patent and aware that its customers' use of BlackBerry Protect constitutes direct infringement.

51.     Parker IP is entitled to recover from BlackBerry the damages sustained by him as a result of BlackBerry's wrongful acts in an amount subject to proof at trial.

52.     BlackBerry will continue to infringe the '560 Patent and thus cause irreparable harm and damage to Parker IP unless enjoined.

## **PRAYER FOR RELIEF**

WHEREFORE, Parker IP respectfully requests the following relief:

1.     Enter judgment for Parker IP on this Complaint;

2.     Enjoin BlackBerry, its officers, agents, servants, employees, attorneys, and all others acting in privity or in concert with them, and their parents, subsidiaries, divisions, successors, and assigns, from further acts of infringement of the '560 Patent;

3.     Award Parker IP damages resulting from BlackBerry's infringement, order BlackBerry to account for and pay to Parker IP damages adequate to compensate Parker IP for the infringement of its patent rights, and award Parker IP its costs and pre-judgment and post-judgment interest at the maximum rate permitted by law;

4.     Declare this case exceptional under 35 U.S.C. § 285, and award Parker IP its attorney fees, costs, and expenses; and

6.     Grant Parker IP such further relief to which the Court finds Parker IP entitled under law or equity.

Dated:   March 28, 2014                    Respectfully submitted,


                                           By  /s/ Todd R. Miller
                                               Todd R. Miller

                                           Todd R. Miller (SBN 193688)
                                           trmiller@millerip.com
                                           MILLER IP
                                           1122 E. Green Street
                                           Pasadena, CA  91106
                                           Telephone:  (626) 795-0500
                                           Facsimile:   (626) 795-0615

                                           Frank M. Washko (SBN 252010)
                                           fwashko@tiburonip.com
                                           TIBURON INTELLECTUAL PROPERTY PLLC
                                           350 Townsend St., Suite 680
                                           San Francisco, CA 94107
                                           Telephone:  (415) 545-8040

                                           Attorneys for Lance Parker IP, LLC

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Lance Parker IP, LLC hereby demands trial by jury of all triable issues.

1

2   Dated:   March 28, 2014                    Respectfully submitted,

3                                              By  /s/ Todd R. Miller

4                                                   Todd R. Miller

5                                              Todd R. Miller (SBN 193688)
                                               trmiller@millerip.com
6                                              MILLER IP
7                                              1122 E. Green Street
                                               Pasadena, CA  91106
8                                              Telephone:  (626) 795-0500
                                               Facsimile:   (626) 795-0615
9

10                                             Frank M. Washko (SBN 252010)
                                               fwashko@tiburonip.com
11                                             TIBURON INTELLECTUAL PROPERTY PLLC
12                                             350 Townsend St., Suite 680
                                               San Francisco, CA 94107
13                                             Telephone:  (415) 545-8040

14                                             Attorneys for Lance Parker IP, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28